IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GEORGE HOLTZ,                          )
                                       )
    Plaintiff,                         )
                                       )
    vs.                                )
                                       )
JEFFERSON SMURFIT                      )      1:04CV00827
CORPORATION (u.s.),                    )
d/b/a Smurfit-Stone Container          )
Corporation,                           )
d/b/a Stone Container Corporation,     )
                                       )
    Defendant.                         )

<u>O R D E R</u>

On October 12, 2005, this court entered an order allowing Plaintiff to exceed the page limitation for responding to Defendant's motion fo summary judgment. Now Defendant has moved for reconsideration of that order, or, in the alternative, to allow the Defendant to file excess pages in its principal brief.

In the interest of fairness, the court will allow Defendant to file a supplement to its brief which may exceed the page limitation for briefs in this court.

IT IS THEREFORE ORDERED that the Defendant's motion to reconsider the court's order of October 12, 2005 [Doc. No. 32], be and is hereby denied.

IT IS FURTHER ORDERED that the Defendant may but is not required to add by way of supplement to its summary judgment

motion to the extent that the combined original and supplement briefs may exceed the page limitation under the local rules of this court. Defendant should espouse no new theories in support of the summary judgment motion but may extend the arguments already set forth.

    IT IS FURTHER ORDERED that if Defendant elects to file a supplement to its brief, it shall do soon or before November 7, 2005.

    This the 27th day of October 2005.

                                              United States District Judge