IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GEORGE HOLTZ,                        )
                                     )
    Plaintiff,                      )
                                     )
    v.                              )    1:04CV00827
                                     )
JEFFERSON SMURFIT CORPORATION,       )
doing business as Stone              )
Container Corporation,               )
doing business as Smurfit-Stone      )
Container Corporation,               )
                                     )
    Defendant.                      )

JUDGMENT

OSTEEN, District Judge

    For the reasons stated in the memorandum opinion filed this same day,

    IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment [20] is GRANTED.

    This the 4th day of January 2006.

                                _____
                                   United States District Judge